O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ARISTOTLE LYONS,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES SUPERIOR COURT - SOUTH DISTRICT; HON. CHET L. TAYLOR; OLAF J. MULLER; KEITH ALLEN FINK; TIA SCHILLER,<br><br>Defendants. | Case No. CV 11-4823-MWF (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: February 1, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1