JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ARISTOTLE LYONS,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES SUPERIOR COURT - SOUTH DISTRICT; HON. CHET L. TAYLOR; OLAF J. MULLER; KEITH ALLEN FINK; TIA SCHILLER,<br><br>Defendants. | Case No. CV 11-4823-MWF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: February 1, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1